# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

NORMAN E. GREGORY,            :    No. 24 WM 2016

           Petitioner

            v.

MICHAEL MCGEEVER, INTERIM
DIRECTOR OF DEPARTMENT OF
COURT RECORDS,

           Respondent

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2016, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Mandamus is **DENIED**.